IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| U.S. DISTRICT JUDGE ROBERT B. KUGLER, et al. | : | NO. 12-2031 |
| | : | |

## O R D E R

AND NOW, this 30th day of April, 2012, upon consideration of plaintiff's "Motion Challenging United States District Judge William H. Yohn, Jurisdiction," it is ORDERED that the motion is DENIED.

**BY THE COURT:**


s/William H. Yohn Jr.
**WILLIAM H. YOHN JR., J.**