```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **ANTHONY JOHNSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. DISTRICT JUDGE ROBERT B. KUGLER**, et al. | : : | **NO. 12-2031** |

### O R D E R

AND NOW, this 30th day of April, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

   1.  Leave to proceed in forma pauperis is GRANTED.

   2.  Plaintiff's amended complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in this Court's Memorandum.  Plaintiff may file an amended complaint within thirty (30) days of the date of this Order.  If he does not do so, this case will be dismissed with prejudice.  Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

   3.  This case shall be marked CLOSED for statistical purposes.

                              **BY THE COURT:**


                              s/William H. Yohn Jr.
                              **WILLIAM H. YOHN JR., J.**