IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JOHNSON                 :     CIVIL ACTION
                                :
          v.                    :
                                :
U.S. DISTRICT JUDGE ROBERT B.   :     NO. 12-2031
KUGLER, et al.                  :

FILED
MAY 2 4 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 23 day of May, 2012, upon consideration of plaintiff's pro se amended complaint, which was docketed as a second amended complaint (Document No. 8), IT IS ORDERED that the amended complaint is DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

BY THE COURT:

WILLIAM H. YOHN, JR., J.