IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JOHNSON                     :    CIVIL ACTION
                                    :
            v.                      :
                                    :
U.S. DISTRICT JUDGE ROBERT B.       :    NO. 12-2031
KUGLER, et al.                      :

FILED
MAY 24 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 23 day of May, 2012, upon consideration of plaintiff's pro se amended complaint, which was docketed as a second amended complaint (Document No. 8), IT IS ORDERED that the amended complaint is DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

                              BY THE COURT:

                              WILLIAM H. YOHN, JR., J.